## 24295. GARRETT v. CITY OF ATLANTA.

MacINTYRE, J. The affidavit of justification (stating the financial worth of Jordan & Garner) does not invalidate the bond; but, construing the bond together with the affidavit, the judge was authorized to find that the only persons who undertook to sign the certiorari bond as security were Jordan & Garner (whose name imports a partnership), and that B. H. Cleveland signed the name of Jordan & Garner as their agent. The authority of the agent of the partnership, signing the bond as security, should expressly appear. No' such authority appears in this case. *Harwell* v. *Marshall*, 125 *Ga.* 451 (54 S. E. 93); *Southern Express Co.* v. *Wheeler*, 72 *Ga.* 210; *American National Insurance Co.* v. *Jordan*, 26 *Ga. App.* 320 (105 S. E. 852). The court, therefore, properly dismissed the certiorari.

*Judgment affirmed. Broyles, C. J., concurs. Guerry, J., dissents.* (See *Chiles* v. *Atlanta*, infra.)

DECIDED APRIL 8, 1935.

*Henson & Padgett,* for plaintiff in error.
*J. L. Mayson, C. S. Winn, J. C. Savage,* contra.